QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Tigran Guledjian (Bar No. 207613)
  tigranguledjian@quinnemanuel.com
  Richard Doss (Bar No. 204078)
  richarddoss@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Attorneys for Plaintiffs,
SEIKO EPSON CORPORATION,
EPSON AMERICA, INC., and
EPSON PORTLAND INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION, a Japan corporation; EPSON AMERICA, INC., a California corporation; and EPSON PORTLAND INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PRINKO IMAGE CO. (USA), INC., a California corporation,<br><br>Defendant. | Civil No. 2:17-cv-04501 AB (JCx)_<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION** |

Plaintiffs Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc. (collectively "Epson" or "Plaintiffs"), submit this response to the Court's Order to Show Cause (Dkt. No. 18), entered July 20, 2017, requiring "Plaintiff(s) to show cause, in writing, on or before August 3, 2017, why this action should not be dismissed for lack of prosecution."

On June 16, 2017, Plaintiffs filed their Complaint for patent infringement against Prinko Image Co. (USA), Inc. ("Prinko" or "Defendant") (Dkt. No. 1).  The alleged infringement arises out of Defendant's infringing activities, including but not limited to, sales and offers for sale of infringing ink cartridges on its own website and on Amazon.com, Inc.'s online marketplace.

On June 19, 2017, the Court issued a summons and transferred the case to the Patent Pilot Program and reassigned it to Judge Andre Birotte, Jr.  *See* Dkt. No. 11. On June 27, 2017, Epson duly served the Summons and Complaint on Prinko (Dkt. No. 16).  Epson included with the Summons and Complaint a letter to Prinko inviting them to contact Epson's counsel to discuss the potential for early settlement. Defendant's response to the Complaint was due on July 18, 2017.  To date, Defendant has neither filed a response to the complaint nor contacted Epson or its counsel regarding the case.

On July 20, 2017, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution.

Epson intends to move for entry of default and then a default judgment against Defendant seeking injunctive relief, monetary damages, and appropriate sanctions.  In order to prove up its monetary damages, however, Epson needs to take third party discovery on Amazon.com, Inc. to determine the number of infringing ink cartridges Defendant has sold on Amazon's online marketplace. Federal Rule of Civil Procedure Rule 26(d) provides in pertinent part that "[a] party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except ... by court order."  Accordingly, Epson intends to seek pre-judgment

discovery and will seek a Court order allowing the service of such discovery in the form of a subpoena *duces tecum* on Amazon.com, Inc., so that Epson may obtain the information necessary to support its motion for a default judgment as to Defendant.

Accordingly, Plaintiff submits that dismissal of this action is not appropriate as Epson is advancing the litigation by way of the above-mentioned third-party discovery and is continuing to work toward moving for an entry of default and a motion for a default judgment of Defendant based on Defendant's default.

Based on the foregoing, Plaintiff respectfully requests that this case not be dismissed for lack of prosecution.

Respectfully submitted,

DATED: August 3, 2017

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By   /s/ Tigran Guledjian
Tigran Guledjian
Richard H. Doss
Attorneys for Plaintiffs,
Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc.