JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| SEIKO EPSON CORPORATION, a Japan corporation; EPSON AMERICA, INC., a California corporation; and EPSON PORTLAND INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PRINKO IMAGE CO. (USA), INC., a California corporation,<br><br>Defendants. | Civil No. 2:17-cv-04501-AB-JC<br><br>[PROPOSED] **FINAL JUDGMENT, INCLUDING PERMANENT INJUNCTION, AGAINST DEFENDANT PRINKO IMAGE CO. (USA), INC.** |

## PERMANENT INJUNCTION AND ORDER

IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:

A. Defendant Prinko Image Co. (USA), Inc. and its officers and directors, agents, servants, employees, attorneys, distributors, and affiliates, who are in active concert or participation with, through, or under them and who receive actual notice of this judgment by personal service or otherwise, are hereby permanently enjoined from the sale of the Accused Products (model nos. 200XL, 127XL, E-0781, T0782, T0783, T0784, T0785, T0786, T2730, T2731, T2732, T2733, T2734, T676XL1, T676XLC, T676XL2, and T676XL3) or any other products that are no more than colorably different therefrom. Defendant and its officers and directors, agents, servants, employees, attorneys, distributors, and affiliates, who are in active concert or participation with, through, or under them and who receive actual notice of this judgment by personal service or otherwise, are also hereby permanently enjoined from any other acts that directly or indirectly infringe any of the claims of the Epson Patents, and from causing, inducing or contributing to the infringement of any of the claims of United States Patent No. 6,502,917 ("the '917 patent") or United States Patent No. 8,794,749 ("the '749 patent") by others.

B. This Judgment shall become null and void on the expiration date of the last to expire of the '917 and '749 patents. This Judgment shall not apply with respect to any claim of an intellectual property right that has expired or been found or adjudicated invalid or unenforceable by a court of competent jurisdiction, provided that such finding or judgment has become final and non-reviewable.

C. This Court retains exclusive jurisdiction of this action for the purpose of ensuring compliance with this Judgment.

D. This Judgment shall finally conclude and dispose of all claims and counterclaims of Plaintiffs against Defendant and Defendant against Plaintiffs with prejudice.

/ / /

E. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: September 24, 2018

_____
The Honorable André Birotte Jr.
United States District Court Judge